IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDALL GARDNER, *Individually and on Behalf of All Others*, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 3:22-cv-1780-DWD ) |
| EMPLOYBRIDGE SOUTHEAST LLC, *doing business as* Staffing Solutions Southeast, Inc. *doing business as* Prologistix, | ) ) ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 29, 2022 (Doc. 19) reflecting settlement between the parties, as well as the Stipulation of Dismissal (Doc. 20), this action is **DISMISSED with prejudice** with each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED: November 29, 2022**

                                            MONICA A. STUMP, Clerk of Court

                                            *s/ Dana M. Winkeler*
                                            **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**